# EXHIBIT 1

Jonae Rollins
7014 Tarquin Avenue
Temple Hills, MD
240-486-4568

5/14/2018

Dear Duane DeBique:

This letter serves as my resignation from Sinclair Broadcast Group, effective May 31st, 2018.

The past 2 years have been very rewarding. I've enjoyed working for you and with our team. I'm choosing to resign for a few reasons:

1. I have made a huge effort to communicate with you (Duane DeBique) and HR about what I believe to be my unfair compensation. My salary is not within the salary range of my current position description.
2. I tried for a several weeks to have a position overview with you and my attempts were either unsuccessful or declined. The meeting eventually happened, but believe it would not have, if I were not persistent with my efforts.
3. I'm listed in the company directory/systems as an IT Helpdesk/Support Technician. As of December 2017, I was promoted to an Oracle Application Analyst I, however have been doing the responsibilities of that job title for over a year prior to that promotion.
4. I have been patiently and actively requesting a pay increase to reflect my new title. I declined the new pay when offered. We, management, myself and HR, haven't resolved this issue that has lingered for months. Also, my salary was changed even though I didn't agree to the promotion.
5. I love what I do but I don't feel like I'm valued as a member of our team. In an email dated (2/22/2018) you expressed the value both yourself and Justin Bray (VP and Corporate Controller at the time) saw in me as part of the team and that you both supported me receiving a pay increase for my efforts. In a subsequent email dated (3/9/2018) you informed me that my pay was no longer going to be revisited until the next pay increase cycle because the group would be undergoing "restructuring". I expressed my displeasure and confusion regarding this change given your previous comment regarding my value, but feel this illustrates my feelings that I don't believe I am adequately valued or compensated.

Thank you for the opportunities for growth that you have provided me. I wish you and the company all the best.

Sincerely,

Jonáe Rollins