IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-02477-JRR |

**ENTRY OF APPEARANCE**

Please enter the appearance of Scott H. Marder, Esquire of Thomas & Libowitz, P.A., as counsel for Defendant.

Dated: August 23, 2023

    */s/ Scott H. Marder*
Scott H. Marder (Bar # 28789)
shmarder@tandllaw.com
THOMAS & LIBOWITZ, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201-2015
Telephone: (410) 752-2468
Facsimile: (410) 752-0979

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on this 23rd day of August, 2023, a copy of the foregoing Entry of Appearance was served via this Court's MDEC system which will effect service upon all parties entitled to service.

    */s/ Scott H. Marder*
Scott H. Marder

1