**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| **Plaintiff,** | **Civil No. 1:22-cv-02477-JRR** |
| **v.** | |
| **SINCLAIR BROADCAST GROUP, INC.,** | |
| **Defendant.** | |

### MODIFIED SCHEDULING AND DISCOVERY ORDER

Following an off-record teleconference among counsel for all parties, the court modifies the Scheduling Order and Discovery Order as set forth herein; the Scheduling Order and Discovery Order otherwise remain in full force and effect.

### Scheduling Order Deadlines

| | |
|---|---|
| TBD: | Plaintiff's Rule 26(a)(2) disclosures |
| | Defendant's Rule 26(a)(2) disclosures |
| | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| | Rule 26(e)(2) supplementation of disclosures and responses |
| April 30, 2024: | Discovery deadline; submission of status report |
| May 10, 2024: | Requests for admission |
| June 30, 2024: | Dispositive pretrial motions deadline |

### ESI "Lookback" (Discovery Order Paragraph 7(b)(i)(b))

The parties shall be unencumbered by the 5-year ESI lookback time period set forth in the Discovery Order in favor of continuing to work cooperatively with one another. In the event the parties are unable to reach agreement or compromise on the lookback period for a particular search term, they shall file an ECF request for a telephone conference with the court to reach an expeditious resolution. In addition to filing a request by ECF, counsel are encouraged to telephone or email chambers to ensure the matter is addressed without delay.

**Deposition Hours (Discovery Order Paragraph 9)**

Absent further order of the court or stipulation of the parties, each side is permitted to thirty-five (35) deposition hours.  No deposition shall exceed one 5-hour day except for depositions of the following witnesses, which shall not exceed one 7-hour day: (i) Charging Party; (ii) identified supervisors of Charging Party; and (iii) identified comparator of Charging Party.


Date:  October 12, 2023                                   _____/s/_____
                                                          Julie R. Rubin
                                                          United States District Judge