IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:22-cv-02477-JRR |
| Plaintiff, | | |
| vs. | | |
| SINCLAIR BROADCAST GROUP, INC., | | |
| Defendant. | | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 11, 2024 Amended Scheduling Order (ECF No. 45), the parties hereby jointly submit this Joint Status Report and request a conference with the Court.

1. **ESI Discovery Matter Status**

Defendant has informed EEOC that it will complete production with respect to the "ESI discovery matter" today, January 17, 2025. EEOC has notified Defendant of several deficiencies regarding its ESI production. Defendant does not agree that the productions are deficient. The parties must first confer regarding these issues prior to involving the Court.

2. **Written Discovery Status**

Since the issuance of the Court's Amended Scheduling Order, the parties have met and conferred and are at an impasse regarding several interrogatory answers and document production responses. Further, Defendant requested that EEOC enter into a stipulated protective order so that certain information regarding employee compensation may be protected. EEOC does not agree that such information is confidential and has declined to enter into a stipulated protective order. Defendant intends to file a motion asking the Court to permit such protection. Defendant has not

yet produced certain responsive documents and interrogatory answers that contain certain information about employee compensation. The parties request a conference with the Court to address the protective order issue as well as the other discovery disputes and, if necessary, to set a briefing schedule.

### 3. Issues with Scheduling and Conducting the Remaining Depositions

EEOC deposed Melissa (Medina) Yim on December 10, 2024 and has noticed the depositions of four other witnesses on January 24, January 29, February 4, and February 7, 2025. EEOC will depose at least four additional witnesses prior to the close of fact discovery, but does not believe this can be accomplished without extending the discovery deadline given the multiple disputes regarding ESI, written discovery, and the stipulated protective order. EEOC's position is that an extension of fact discovery is reasonable and necessary.

Defendant is set to depose Charging Party Jonae Rollins on January 22, 2025. EEOC has served objections to document requests included with the Subpoena issued to Charging Party. Defendant has challenged EEOC's objections and the parties are at an impasse regarding the objections. Defendant intends to take the deposition of a designee of EEOC pursuant to Rule 30(B)(6). Defendant has provided EEOC with a list of the proposed areas of inquiry and requested that EEOC provide Defendant with a date for the deposition. EEOC has not yet provided a proposed deposition date. Defendant may also take the depositions of one or two other persons. The parties request a conference with the Court to address the objections for Ms. Rollins's deposition. Defendant does not believe that an extension of fact discovery is reasonable or necessary.

Dated: January 17, 2025                Respectfully submitted:

*/s/ Emily Datnoff*
Emily Datnoff, Bar No. 29464
Trial Attorney
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland
emily.datnoff@eeoc.gov
Tel: 410-801-6708
Fax: 443-992-7880

*Counsel for EEOC*

*/s/ Margaret L. Argent*
Margaret L. Argent, Bar No. 06132
margent@tandllaw.com
Francis R. Laws, Bar No. 02596
flaws@tandllaw.com
THOMAS & LIBOWITZ, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201
Tel: 410-752-2468
Fax: 410-752-0979

*Attorneys for Defendant*