IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 1:22-cv-02477-JRR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SINCLAIR BROADCAST GROUP, INC. | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SUPPLEMENT TO ITS MOTION FOR ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL (Local Rule 104.13)**

Comes now the Defendant Sinclair Broadcast Group, Inc., pursuant to Local Rule 104.13, and supplements its prior Motion for Order Regarding Confidentiality of Discovery Material (Local Rule 104.13) (ECF 47) (the "Motion for Confidentiality Order"), as follows:

1. Exhibit Numbers 2 through 8 previously submitted to this Court with the Motion for Confidentiality Order (ECF 47) contained redactions of certain financial information.[1]

2. This Court's order dated March 6, 2025 (ECF 60) required that Defendant produce unredacted documents where documents had been redacted for purposes of responsiveness or relevance. ECF 60 at 2-3.

3. Concurrently with this filing, Defendant is producing to Plaintiff unredacted versions of the documents previously produced in redacted form that were referenced in the Motion for Confidentiality Order as Exhibits 2 through 8.

---

[1] All such exhibits were submitted under seal (ECF 48) pursuant to a separate motion under Rule 105.11 (ECF 49). Concurrently with this filing, Defendant is filing a supplement to its prior Motion to Seal seeking sealing of the substituted Exhibits 2 through 8.

4. Due to the removal of redactions, Defendant is substituting unredacted versions of Exhibits 2 through 8 for the previously filed versions of Exhibits 2 through 8. Additionally, Defendant is withdrawing any request that cover emails associated with the charts contained in Exhibits 3 through 8 be designated as confidential.

5. The attached Exhibit A chart shows the Exhibit Numbers for the original filings (ECF 47 – 49), the current filing (ECF 61 – 63), the original Bates numbers (redacted documents), new Bates numbers (unredacted documents), and a description of each document.

WHEREFORE, Defendant Sinclair Broadcast Group, Inc. moves this Court to enter an order as follows:

A. Issuing an Order allowing the parties to designate the earnings and financial information of individuals as Confidential;

B. Order that substituted Exhibits 2 through 8 are designated as Confidential and subject to the Court's Order Regarding Confidentiality of Discovery Material; and

C. For such other and further relief as this Court may deem just and proper.

      /s/ *Margaret L. Argent*
Margaret L. Argent (Bar No. 06132)
Thomas & Libowitz, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201
margent@tandllaw.com
(410) 752-2468

Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 20th day of March 2025, a copy of Defendant's Supplement to Its Motion for Order Regarding Confidentiality of Discovery Material was filed via this Court's electronic filing system (CM/ECF) system and served via email upon the following.

Emily M. Datnoff, Esq.
U.S. Equal Employment Opportunity Commission
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Emily.Datnoff@eeoc.gov

*Attorneys for Plaintiff*

/s/ *Margaret L. Argent*
Margaret L. Argent