IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 1:22-cv-02477-JRR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SINCLAIR BROADCAST GROUP, INC. | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SECOND SUPPLEMENT TO ITS MOTION FOR ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL (Local Rule 104.13)**

Comes now the Defendant Sinclair Broadcast Group, Inc., pursuant to Local Rule 104.13, and supplements its prior Motion for Order Regarding Confidentiality of Discovery Material (Local Rule 104.13) (ECF 47) (the "Motion for Confidentiality Order"), as follows:

1. Exhibit Numbers 10 through 18 are hereby submitted as additional exhibits to this Court to supplement Defendant's Motion for Confidentiality Order (ECF 47).[1]

2. This Court's order dated March 6, 2025 (ECF 60) required that Defendant perform additional document searches relative to Lucy Rutishauser (ECF 60 at 2), supplement its answer to Interrogatory No. 4 (ECF 60 at 3-4), produce payroll files for Babafemi Sanni and Jonathan Foster (ECF 60 at 4), and confer with Plaintiff regarding additional production relative to Document Request Nos. 6 and 7 (ECF 60 at 5).

3. In response to the Court's March 6, 2025 order, Defendant has supplemented

---

[1] All such exhibits are submitted under seal (ECF 66) pursuant to a separate motion under Rule 105.11 (ECF 67). Concurrently with this filing, Defendant is filing a second supplement to its prior Motion to Seal seeking sealing of the additional Exhibits 10 through 18.

financial information provided in response to Interrogatory No. 4 (Exhibit 18), it is producing the payroll files for Babafemi Sanni and Jonathan Foster (Exhibits 14 – 17), and it is producing additional documents, some of which contain confidential financial information of Defendant's employees or former employees, other than Charging Party Ms. Rollins and comparator Ms. Wood (Exhibits 10 – 13).

4. Concurrently with this filing, Defendant is producing to Plaintiff the documents that it has marked confidential.

WHEREFORE, Defendant Sinclair Broadcast Group, Inc. moves this Court to enter an order as follows:

A. Issuing an Order allowing the parties to designate the earnings and financial information of individuals as Confidential;

B. Order that Exhibits 10 through 18 are designated as Confidential and subject to the Court's Order Regarding Confidentiality of Discovery Material; and

C. For such other and further relief as this Court may deem just and proper.

                /s/ *Margaret L. Argent*
Margaret L. Argent (Bar No. 06132)
Thomas & Libowitz, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201
margent@tandllaw.com
(410) 752-2468

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this 9th day of April, 2025, a copy of Defendant's Second Supplement to Its Motion for Order Regarding Confidentiality of Discovery Material was filed via this Court's electronic filing system (CM/ECF) system and served via email upon the following.

Emily M. Datnoff, Esq.
U.S. Equal Employment Opportunity Commission
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Emily.Datnoff@eeoc.gov

*Attorneys for Plaintiff*

                                                */s/ Margaret L. Argent*
                                                Margaret L. Argent