# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | * | |
| **Plaintiff,** | * | |
| **v.** | * | Case No. 1:22-cv-02477 |
| Sinclair Broadcast Group, Inc. | * | |
| **Defendant.** | * | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[X]  Exhibit __10__ which is an attachment to __Defendant's Second Supplement to its Motion for Order Regarding Confidentiality of Discovery Material__

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by __email upon Plaintiff's Attorney, Emily Datnoff__.

April 9, 2025
Date

Signature

Margaret L. Argent, 06132
Printed Name and Bar Number

25 S. Charles Street, Ste. 2015, Baltimore, MD 21201
Address

margent@tandllaw.com
Email Address

410-752-2468
Telephone Number

410-742-0979
Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)