IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 1:22-cv-02477-JRR |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| SINCLAIR BROADCAST GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff United States Equal Employment Opportunity Commission and Defendant Sinclair Broadcast Group, Inc. jointly move for entry of the attached Consent Decree, which reflects the terms on which they have agreed to resolve this matter.

1. The Parties negotiated and agreed to entry of the attached Consent Decree.

2. This Decree resolves all claims that were filed by the EEOC in the above-captioned action.

3. The Parties have signed the attached Consent Decree as settlement of this matter and consent to all terms contained therein.

4. The Parties jointly request that the Court sign the attached Consent Decree and enter it in this matter.

Dated: July 21, 2025

Respectfully submitted:
*s/ Emily Datnoff*
Emily Datnoff, Bar No. 29464
Trial Attorney
U.S. Equal Employment Opportunity Commission
Baltimore Field Office

1

31 Hopkins Plaza, Suite 1432
Baltimore, Maryland
emily.datnoff@eeoc.gov
Tel: 410-801-6708
Fax: 443-992-7880

*Counsel for EEOC*


*/s/ Margaret L. Argent*
Margaret L. Argent, Bar No. 06132
margent@tandllaw.com
Francis R. Laws, Bar No. 02596
flaws@tandllaw.com
THOMAS & LIBOWITZ, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21201
Tel: 410-752-2468
Fax: 410-752-0979

*Attorneys for Defendant*

2